IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION

IN RE: THE MARRIAGE OF: )
)
PAUL KRILEY, )
      Petitioner, )
) No.: 2020 D 7036
)
-and- ) Cal.: 97
)
)
ALENA KRILEY, )
      Respondent. )

## ORDER OF RESPONDENT'S VOLUNTARY WITHDRAWAL OF COUNT II OF MOTION FILED JANUARY 10, 2022

This Cause coming before the Court on Respondent's, ALENA KRILEY'S Motion to Withdraw, without prejudice, her Count II (Count II – Motion for Breach of Contract) of the Defendant's Alena Kriley Motion for Temporary Support and Breach of Contract and for Contribution to Attorneys' Fees and Costs (filed on 01/10/2022), pursuant to General Order 13, electronic notice having been given to Petitioner through his attorneys, Petitioner not having any objection to the entry thereof, the Court having jurisdiction over the parties and the subject matter, and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED THAT:**

Respondent's, ALENA KRILEY'S Motion to Withdraw her Count II (Count II – Motion for Breach of Contract) of the Defendant's Alena Kriley Motion for Temporary Support and Breach of Contract and for Contribution to Attorneys' Fees and Costs (filed on 01/10/2022), without prejudice, is GRANTED.

**ENTERED:**

Prepared by:
**Respondent Alena Kriley, Pro SE.**
1124 Lake St, #509
Oak Park, Illinois 60301
(872) 233-7746
Respondent: fransevna@yahoo.com
Attorney for Petitioner:
deanotaradash33@gmail.com
GAL: michael@mllfamilylaw.com

```
E N T E R E D
Judge Maritza Martinez-2131
SEP 02 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```

    *s/Maritza Martinez*    2131
    Judge Maritza Martinez    Judge's No.



PLAINTIFF'S EXHIBIT 1