# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

SOCIAL SECURITY
ROOM 600
7222 W CERMAK RD
NORTH RIVERSIDE, IL 60546-1422
Date: April 24, 2023
BNC#: 23D1982C58863-A
asp

ALENA F HORBACH
72 PINE AVE APT 3C
RIVERSIDE, IL 60546-2505

Dear ALENA F HORBACH

We have enclosed the information that you requested regarding your earnings record. According to our records the only year you have earnings was in 2016. This income earned you one credit towards the 40 credits. There has been no other earnings on your record other than this, we have attached a copy of your earnings record as well.

**Suspect Social Security Fraud?**

If you suspect Social Security Fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.

2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

3. You may also call your local office at 888-518-0226.

  SOCIAL SECURITY
  ROOM 600
  7222 W CERMAK RD
  NORTH RIVERSIDE, IL 60546-1422

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*



| Year ↓ | Show All Addresses   Show All Details |
|---|---|
| Year | |
| 2016 | |
| | **2016 Detail Covered FICA Earnings**<br>**OASDI Yearly Total:    $ 2,400.00** |
| | **EIN: 223921908** |
| | Employer: APPRAISAL FIRST INC          Show Address |
| | **Earnings Totals:**    Show Details |
| | Wage Total: $ 2,400.00 |
| | OASDI Employer Total: $ 2,400.00 |

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

SOCIAL SECURITY
ROOM 600
7222 W CERMAK RD
NORTH RIVERSIDE, IL 60546-1422
Date: April 24, 2023
BNC#: 23D1982C58863-A
asp

ALENA F HORBACH
72 PINE AVE APT 3C
RIVERSIDE, IL 60546-2505

Dear ALENA F HORBACH

We have enclosed the information that you requested regarding your earnings record. According to our records the only year you have earnings was in 2016. This income earned you one credit towards the 40 credits. There has been no other earnings on your record other than this, we have attached a copy of your earnings record as well.

**Suspect Social Security Fraud?**

If you suspect Social Security Fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.

2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

3. You may also call your local office at 888-518-0226.

> SOCIAL SECURITY
> ROOM 600
> 7222 W CERMAK RD
> NORTH RIVERSIDE, IL 60546-1422

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*


PLAINTIFF'S EXHIBIT A

| Year ↓ | Show All Addresses   Show All Details |
|---|---|
| **Year** | |
| **2016** | |
| | **2016 Detail Covered FICA Earnings** <br> **OASDI Yearly Total:   $ 2,400.00** |
| | **EIN: 223921908** |
| | Employer: APPRAISAL FIRST INC          Show Address |
| | **Earnings Totals:**      Show Details |
| | Wage Total: $ 2,400.00 |
| | OASDI Employer Total: $ 2,400.00 |

FILED
1/10/2022 2:20 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020D007036
Calendar, 97
16231387

FILED DATE: 1/10/2022 2:20 PM 2020D007036

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION
FIRST MUNICIPAL DISTRICT – DALEY CENTER, CHICAGO

IN RE THE MARRIAGE OF:

PAUL KRILEY, )
      **Plaintiff,** )
)
vs. ) No. **2020 D 007036**
) Calendar 97
ALENA KRILEY, )
      **Defendant.** )

## MOTION FOR TEMPORARY SUPPORT AND BREACH OF CONTRACT AND FOR CONTRIBUTION TO ATTORNEYS' FEES AND COSTS

Now comes the Defendant, Alena Kriley (hereinafter referred to as "Alena"), by and through her attorneys, OPAL O'BRIEN, LLC, and in support of this *Motion for Temporary Support and Breach of Contract and for Contribution to Attorneys' Fees and Costs* pursuant to 750 ILCS 5/501 and the Affidavit of Support she states as follows:

### COUNT I – MOTION FOR TEMPORARY SUPPORT

1. Paul Kriley (hereinafter referred to as "Paul") has filed his *Petition for Dissolution of Marriage*. Said Petition remains pending and undetermined at this time.

2. The parties have one child, J.K., born in 2019.

3. Upon information and belief, Paul is gainfully employed, and fully capable of contributing to Alena's financial obligations. Paul has the financial ability to earn substantial income. Alena has no such ability. Paul has an education, and work experience which enables him to earn substantial income.

4. Alena is presently unemployed.

5. Alena is an immigrant from Belarus. Alena has limited English proficiency. She has no education in USA. The book of her work experience from her country is still withheld from her by Paul Kriley. It cannot be re-issued in the country of her origin. She also has medical



FILED DATE: 1/10/2022 2:20 PM 2020D007036

issues which impair her ability to work. Alena was coerced into a late abortion by her husband. Two (2) permanent metal stents were implanted into her pelvis which cause her constant pain, and impair her ability to work. Her physical health has been damaged and she does not have the physical ability to earn income. Upon information and belief, Paul is in good health, has no medical issues, and has the physical ability to work full-time.

6. Alena's current expenses include rent, transportation, food, cell phone bills, other reasonable living expenses, medical and dental bills and costs associated with keeping her embryos alive. Alena is currently getting psychological help for severe trauma of domestic violence that she has endured, and it is no cost at a domestic violence agency. She is also in need of medical assistance due to the severe trauma from the late abortion. It is impossible to find such help at no cost. She also was not able to find a provider in network with her insurance plan. She found a psychologist out of network but cannot afford to pay for this out-of-pocket. She also needs help dealing with her separation anxiety due to the fact that she cannot see her own son. She needs money to fix her car as well.

7. Additionally, in September of 2020, Alena found documents related to her immigration case that were apparently in the possession of Paul. Paul failed to tell Alena about these documents (requesting that Alena come in for fingerprints). The letter was sent out in the summer of 2019. Paul did not tell Alena about this letter. If Alena had went for fingerprints in summer of 2019 upon information and belief, she could have received her US citizenship before Paul filed his Petition for Dissolution of Marriage. Not showing up for the fingerprints and the filed Petition for Dissolution of Marriage (filed by Paul) significantly complicated and delayed her immigration process and she is in dire need of professional help and needs an immigration attorney. She was quoted retainers from $3,500.00 to $7,500.00 by immigration attorneys.

8. Alena does not currently qualify for public benefits. She was also advised by an immigration attorney against getting on public benefits since that may preclude her from getting citizenship.

9. Alena has significant debt as seen on her Financial Affidavit, which is incorporated herein by reference.

10. Alena needs money to pay for experts in this divorce case.

11. Alena has no ability to apply for loans or credit cards because she already owes significant amounts of money to banks and her credit score went from 800 to around 400.

12. Alena is one hundred percent dependent upon Paul for her financial support.

13. Alena has no independent means to pay her bills.

WHEREFORE, the Defendant, Alena Kriley, respectfully prays for the following relief:

A. For an Order requiring Paul Kriley to pay Alena Kriley temporary monthly support in an amount that will allow her to pay her rent, transportation costs, food costs, other reasonable living expenses, medical and dental costs and the cost of keeping her embryos alive;

B. For such other relief as the Court may deem equitable and just.

## COUNT II – MOTION FOR BREACH OF CONTRACT

1. Alena restates paragraphs 1-13 of COUNT I as paragraphs 1-13 of this COUNT II.

14. Alena became a permanent resident of the United States based on her marriage to Paul.

15. Paul signed an I-864 immigration affidavit in which he promised to maintain Alena at 125% of the Federal Poverty Level. A copy of said Affidavit can be provided to the Court upon request.

16. There are two (2) components to I-864; support arrearages and future support.

17. Alena and Paul have not lived together since September 28, 2020. She has not received any financial support from Paul since September 28, 2020. As such, Paul should pay Alena financial support from September 28, 2020 going forward to present. Alena is also entitled to

future support under her I-864 claim. Upon information and belief, both the contract itself and the Immigration and Nationality Act authorize an attorney fee award for sponsored immigrants.

18. The purpose of the I-864 Affidavit of Support is to preclude admission to the United States of any alien who is likely at any time to become a public charge. *See Bychina v. Astrakhantsev*, 2021 Ill.App.2d 200303 (2nd Dist. 2021).

19. Our divorce Courts are required to consider this breach of contract in pending divorce proceedings. *See Bychina v. Astrakhantsev*, 2021 Ill.App.2d 200303 (2nd Dist. 2021).

20. Furthermore, in the *Bychnia* case, the Second District Court of Appeals reversed the Trial Court's decision declining to rule on the merits of petitioner's breach of contract claim with regard to an Affidavit of Support from an immigration case. *See In re Marriage of Bychina*, 2021 IL App (2d) 200303. In *Bychina*, the higher Court held "Respondent's obligations under the Affidavit of support are separate from any obligations, such as maintenance, he may have under Illinois divorce law." *See Id.* As such, the *Bychina* Court held that the petitioner's breach of contract claim with respect to the Affidavit of Support should have been heard by the Trial Court (in State, not Federal Court).

21. Alena is a third-party beneficiary of the I-684 Affidavit and contract between Paul and the United States.

22. Paul has violated his contractual obligations to Alena by failing to provide her with support at a level consistent with no less than 125% of the Federal Poverty Level.

WHEREFORE, the Defendant, Alena Kriley, respectfully prays for the following relief:

A. For an Order requiring Paul Kriley to maintain Alena Kriley according to her needs, but no less than at the minimum level of 125% the current poverty guidelines;

FILED DATE: 1/10/2022 2:20 PM   2020D007036

B.     For an Order for retroactive support going back to September 28, 2020 payable from Paul to Alena;

C.     To award attorneys' fees for litigation of the I-864 claim;

D.     To award expert fees and costs;

E.     For such other relief as the Court may deem equitable and just.

## COUNT III – MOTION FOR PROSPECTIVE FEES

1. Alena restates paragraphs 1-122 of COUNT II as paragraphs 1-122 of this COUNT III.

23. Alena has paid OPAL O'BRIEN LLC $15,000.00 in attorney fees.

24. Alena has already spent approximately $12,500.00 in attorney fees, leaving her only $2,500.00 to fund the remainder of this litigation.

25. Alena had to borrow the original retainer from family and has no means to repay this debt or to pay any additional attorney fees and costs in this matter.

26. Upon info and belief, Paul Kriley has the means to contribute towards Alena's attorney fees.

27. Alena lacks the ability to pay additional attorneys' fees and costs in this matter. She is unemployed, and has no earning potential.

28. The attorneys' fees and costs incurred by Alena to date were fair, reasonable, and necessary.

29. This is a complex case involving an Affidavit of Support issue, parenting issues, a 215 evaluation, and the like. Substantial discovery still needs to be done. The case will presumably have to be tried. Substantial prospective attorneys' fees and costs will be needed in a case like this. Alena lacks the ability to pay for these prospective fees and costs.

30. The affidavit of Alena is attached hereto and incorporated herein as **Exhibit A**.

31. Alena has provided an updated Financial Affidavit which can be supplied to the Court upon request.

WHEREFORE, the Defendant, Alena Kriley, respectfully prays for the following relief:

A. For an Order requiring Paul Kriley to pay Alena Kriley $15,000 in interim and prospective attorney fees;

B. To award expert fees and costs; and

C. For such other relief as the Court may deem equitable and just.

Respectfully submitted,

_Alena Kriley (Jan 10, 2022 13:17 CST)_
**ALENA KRILEY**

**OPAL O'BRIEN LLC**

_Joe O'Brien (Jan 10, 2022 13:20 CST)_
Attorney for Defendant

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes same to be true.

_Alena Kriley (Jan 10, 2022 13:17 CST)_
**ALENA KRILEY**

Joseph P. O'Brien
joe@opalobrien.com
**OPAL O'BRIEN LLC** *#59789*
310 S. County Farm Road, Suite D
Wheaton, Illinois 60187
(630) 384-0165
Electronic Service: **service@opalobrien.com**

FILED DATE: 1/10/2022 2:20 PM 2020D007036

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION
FIRST MUNICIPAL DISTRICT – DALEY CENTER, CHICAGO

**IN RE THE MARRIAGE OF:**

| | |
|---|---|
| PAUL KRILEY,<br>      Plaintiff, | )<br>)<br>) |
| vs. | ) No. 2020 D 007036<br>) Calendar 97 |
| ALENA KRILEY,<br>      Defendant. | )<br>)<br>) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY SUPPORT AND BREACH OF CONTRACT AND FOR CONTRIBUTION TO ATTORNEYS' FEES AND COSTS

Now comes the Defendant, ALENA KRILEY, on oath deposes and states as follows:

1. That your Affiant is the Defendant in the above referenced case.

2. Plaintiff filed a *Petition for Dissolution of Marriage* which remains pending and undetermined before this Honorable Court.

3. I have read the allegations contained in my *Motion for Temporary Support and Breach of Contract and for Contribution to Attorneys' Fees*.

4. That all allegations and claims contained in said Petition are true and accurate. Further Affiant sayeth naught.

The Affiant, if called on to testify as a witness, can testify competently to the matters and facts set forth herein, except for when those matters and facts are stated upon information and belief, and as to those allegations, to the extent permitted by the Rules of Evidence.

*Alena Kriley (Jan 10, 2022 13:17 CST)*

ALENA KRILEY

FILED
1/10/2022 2:20 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020D007036
Calendar, 97
16231387

FILED DATE: 1/10/2022 2:20 PM 2020D007036

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION
FIRST MUNICIPAL DISTRICT – DALEY CENTER, CHICAGO

IN RE THE MARRIAGE OF:

PAUL KRILEY,
    Plaintiff,

vs.    No. 2020 D 7036
    Calendar 97

ALENA KRILEY,
    Defendant.

## NOTICE OF MOTION

To:  Ms. Brianna Meyer    Mr. Michael Lodermeier
THE TARADASH GROUP, P.C.    MICHAEL L. LODERMEIER, P.C.
180 N. LaSalle St., Suite 3700    22 W. Washington St., Suite 1500
Chicago, IL 60601    Chicago, IL 60602
meyer@chicagodivorceatty.com    michael@mllfamilylaw.com

    YOU ARE HEREBY NOTIFIED that on the 11th day of January, 2022, at 3:30pm or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Martinez, or any other Judge as may be holding Court in his/her absence, via Zoom in Circuit Courtroom 3007 of the Richard J. Daley Center, 50 W. Washington Street, Chicago, Illinois, and then and there present Defendant's *Motion for Temporary Support and Breach of Contract and for Contribution to Attorneys' Fees and Costs*, copies attached hereto, at which time and place you may appear as you see fit to do.

                  OPAL O'BRIEN LLC

                  *Joe O'Brien (Jan 10, 2022 13:20 CST)*

                  Attorney for Defendant

## PROOF OF SERVICE

    The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure that the above Notice and any attached pleadings were ☐ placed in the U.S. Mail properly addressed and mailed with first-class postage prepaid, ☐ hand delivered, ☒ **sent via electronic mail** to the party at the address set forth above on January 10, 2022 before the hour of 5:00 p.m.

Joseph P. O'Brien
joe@opalobrien.com
OPAL O'BRIEN LLC *#59789*
310 S. County Farm Road, Suite D
Wheaton, Illinois 60187
(630) 384-0165
Electronic Service: **service@opalobrien.com**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF: )
)
PAUL KRILEY, )
Petitioner, )
-and- ) No.: 2020 D 7036
)
ALENA KRILEY, ) Cal.: 97
Respondent. )

## RESPONSE TO MOTION FOR TEMPORARY SUPPORT AND BREACH OF CONTRACT AND FOR CONTRIBUTION TO ATTORNEYS' FEES AND COSTS

**NOW COMES THE PETITIONER, PAUL KRILEY,** by and through his attorneys, **THE TARADASH GROUP, P.C.** and as and for his Response to Motion for Temporary Support and Breach of Contract and for Contribution to Attorneys' Fees and Costs (hereinafter **MOTION**), respectfully states unto this Honorable Court as follows:

## COUNT I – MOTION FOR TEMPORARY SUPPORT

1. That the Petitioner admits the allegations as set forth in paragraph one (1) of the **MOTION**.

2. That the Petitioner admits the allegations as set forth in paragraph two (2) of the **MOTION**.

3. That the Petitioner admits only that he is currently employed and has an education. That the Petitioner denies the remaining allegations as set forth in paragraph three (3) of the **MOTION**.

4. That the Petitoner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph four (4) of the **MOTION** and therefore denies the same.

5. That the Petitioner admits only that Respondent is an immigrant from Belarus. That the

Petitioner denies the allegation that the Respondent has limited English proficiency. That the Petitioner admits that the Respondent has no education in the United States but affirmatively states that she received an education in Belarus. That the Petitioner admits only that the Respondent had stent implanted into her pelvis. That the Petitioner denies the remaining allegations as set forth in paragraph five (5) of the **MOTION**.

6. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph six (6) of the **MOTION** and therefore denies the same.

7. That the Petitioner denies the allegations as set forth in paragraph seven (7) of the **MOTION**.

8. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph eight (8) of the **MOTION** and therefore denies the same.

9. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph nine (9) of the **MOTION** and therefore denies the same.

10. That the Petitioner denies the allegations as set forth in paragraph ten (10) of the **MOTION**.

11. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph eleven (11) of the **MOTION** and therefore denies the same.

12. That the Petitioner denies the allegations as set forth in paragraph twelve (12) of the **MOTION**.

13. That the Petitioner denies the allegations as set forth in paragraph thirteen (13) of the **MOTION**.

**WHEREFORE, PETITIONER, PAUL KRILEY**, respectfully prays as follows:

A. Denying the Motion; and

B. For any such further and other relief that this Honorable Court deems just and equitable.

## COUNT II – MOTION FOR BREACH OF CONTRACT

1. No response necessary.

14. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph fourteen (14) of the **MOTION** and therefore denies the same.

15. That the Petitioner admits the allegations as set forth in paragraph fifteen (15) of the **MOTION**.

16. That the Petitioner admits the allegations as set forth in paragraph sixteen (16) of the **MOTION**.

17. That the Petitioner admits only that Paul and Alena have not lived together since September 2020. That the Petitioner denies the remaining allegations as set forth in paragraph seventeen (17) of the **MOTION**.

18. That the Petitioner admits only that the Respondent cites *Bychina v. Astrakhantseve*, 2021 Ill.App.2d 200303 (2nd Dist. 2021) and denies the applicability in the instant matter.

19. That the Petitioner admits only that the Respondent cites *Bychina v. Astrakhantseve*, 2021 Ill.App.2d 200303 (2nd Dist. 2021) and denies the applicability in the instant matter.

20. That the Petitioner admits only that the Respondent cites *Bychina v. Astrakhantseve*, 2021 Ill.App.2d 200303 (2nd Dist. 2021) and denies the applicability in the instant matter.

21. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph twenty-one (21) of the **MOTION** and therefore denies the same.

22. That the Petitioner denies the allegations as set forth in paragraph twenty-two (22) of the **MOTION**.

**WHEREFORE, PETITIONER, PAUL KRILEY**, respectfully prays as follows:

A. Denying the Motion; and

B. For any such further and other relief that this Honorable Court deems just and equitable.

## COUNT III – MOTION FOR PRESPECTIVE FEES

1. No response necessary.

23. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph twenty-three (23) of the **MOTION** and therefore denies the same.

24. That the Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph twenty-four (24) of the **MOTION** and therefore denies the same.

25. Petitioner lacks sufficient knowledge as to form a reasonable belief as to the allegations as set forth in paragraph twenty-five (25) of the **MOTION** and therefore denies the same.

26. That the Petitioner denies the allegations as set forth in paragraph twenty-six (26) of the **MOTION**. That the Petitioner affirmatively states that he has caused to be paid to The Taradash Group, P.C. the sum of $15,750.00 and has a current outstanding balance of $5,908.67.

27. That the Petitioner denies the allegations as set forth in paragraph twenty-seven (27) of

the **MOTION**.

28. That the Petitioner denies the allegations as set forth in paragraph twenty-eight (28) of the **MOTION**.

29. That the Petitioner denies the allegations as set forth in paragraph twenty-nine (29) of the **MOTION**.

30. That the Petitioner admits only that the Respondent attached an Exhibit to her Motion.

31. That the Petitioner admits only that the Respondent has completed her financial affidavit.

**WHEREFORE, PETITIONER, PAUL KRILEY**, respectfully prays as follows:

C. Denying the Motion; and

D. For any such further and other relief that this Honorable Court deems just and equitable.

**THE TARADASH GROUP, P.C.**
Attorneys for Petitioner
180 N. LaSalle St. Ste. 3700
Chicago, IL 60601
312-775-1020
Atty. No.: 57943
meyer@chicagodivorceatty.com

Respectfully submitted,

_____
One of Petitioner's Attorneys

| STATE OF ILLINOIS | ) |
|---|---|
| | ) SS: |
| COUNTY OF COOK | ) |

## VERIFICATION

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that he or she verily believes the same to be true.

PAUL KRILEY

**THE TARADASH GROUP, P.C.**
Attorneys for Petitioner
180 North LaSalle, Suite 3700
Chicago, IL 60601
312.775.1020
Atty. No.: 57943
meyer@chicagodivorceatty.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION
FIRST MUNICIPAL DISTRICT – DALEY CENTER, CHICAGO

IN RE THE MARRIAGE OF:

PAUL KRILEY,
    Plaintiff,

vs.

ALENA KRILEY,
    Defendant.

No. 2020 D 7036 C/W 20 OP 20476
& 20 OP 40214
Calendar 97

ENTERED
Judge Maritza Martinez-2131
FEB 08 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## ORDER

THIS MATTER coming before the Court, the Court having jurisdiction and being fully advised it the premises,

IT IS HEREBY ORDERED:

1. The Law Firm of Opal O'Brien LLC is granted leave to withdraw as counsel of record for Defendant instanter.

2. Defendant has 21 days to file a pro-se or supplemental appearance.

3. The contact information for Alena Kriley is as follows:

    Mailing Address: 1124 Lake Street, Unit #509, Oak Park, Illinois 60301
    Email Address: fransevna@yahoo.com
    Phone Number: 773-414-3562

ENTERED:



s/Maritza Martinez     2131
Judge Maritza Martinez     Judge's No.

JUDGE

Joseph P. O'Brien
joe@opalobrien.com
OPAL O'BRIEN LLC #59789
310 S. County Farm Road, Suite D
Wheaton, Illinois 60187
(630) 384-0165
Electronic Service: service@opalobrien.com



PLAINTIFF'S EXHIBIT C