## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alena Kriley

      Plaintiff,

v.               Case No.: 1:22−cv−04832
               Honorable Martha M. Pacold

Paul Kriley

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 18, 2023:

  MINUTE entry before the Honorable Martha M. Pacold: By 8/29/2023, the parties are directed to file a joint status report updating the court on proposed next steps, including a proposed dispositive motions schedule. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.