UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Alena Kriley
                    Plaintiff,

v.                                            Case No.: 1:22−cv−04832
                                                  Honorable Martha M. Pacold

Paul Kriley
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 18, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: In preparing their summary judgment filings, the parties should present the issues as clearly and efficiently as possible. To that end, the parties are directed to review carefully Local Rules 7.1 and 56.1. Local Rule 56.1 is intended "to aid the district court, 'which does not have the advantage of the parties' familiarity with the record and often cannot afford to spend the time combing the record to locate the relevant information,' in determining whether a trial is necessary." Delapaz v. Richardson, 634 F.3d 895, 899 (7th Cir. 2011). Summary judgment filings that do not comply with the local rules (e.g., overlength briefs without prior leave of court, multiple statements of fact per paragraph in the Local Rule 56.1 statements of fact, arguments rather than facts in the Local Rule 56.1 statements of fact, statements of fact that lack specific citations to the record) may be struck or disregarded as appropriate. Bounds v. Country Club Hills Sch. Dist. 160, 20 C 3283, 2022 WL 1487332, at *1 (N.D. Ill. May. 11, 2022) ("The Court's standard practice for motions for summary judgment is to require adherence to the pertinent Local Rules and to disregard statements of fact or any portions thereof that do not comply."). (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.