UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| ALENA KRILEY, | ) | CASE NO. 22 CV 04832 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ASSIGNED JUDGE: Martha M. Pacold |
| | ) | MAGISTRATE JUDGE: Jeffrey Cole |
| PAUL KRILEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STATUS REPORT AND DISPOSITIVE MOTION SCHEDULE**

The parties have completed discovery and have participated in settlement conference, a resolution of this cause not having yet been made:

The parties agree plaintiff shall have 28 days to file her motion for summary judgment and defendant 28 days to respond and plaintiff 14 days to reply.

Respectfully submitted,

/s/ Scott Ferrill
Attorney for Plaintiff

/s/ Jason G. Shore
Attorney for Plaintiff