UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALENA KRILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL KRILEY<br><br>    Defendant. | Case No.: 1:22-cv-04832<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**JUDGE: HON. MARTHA M. PACOLD**<br>**MAGISTRATE: JEFFREY COLE** |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Alena Kriley, by her attorney, Scott T. Ferrill, moves for summary judgment on all of Plaintiff's Complaint, granting the relief sought and further moves this Court for an award of attorney fees and costs associated with this cause of action.

1. For the reasons set forth in Plaintiff's contemporaneously filed Memorandum of Law in Support of Summary Judgment combined with Local Rule 56.1 Statement of Material Facts, and Addendum of Exhibits, Plaintiff prays that summary judgment be entered in her favor on Plaintiff's Complaint.

WHEREFORE Plaintiff Alena Kriley prays this Court enter summary judgment in her favor on the Plaintiff's Complaint and against Defendant, Paul Kriley, and grant any

other relief the Court deems proper.

Respectfully submitted,

Ferrill Law Firm

BY: /s/ Scott T. Ferrill
Scott T. Ferrill

Ferrill Law Firm
Scott T. Ferrill
Attorney for Plaintiff
801 N. Cass Ave., Suite 200
Westmont, IL 60559
(708) 369-1958
chicagolaw@gmail.com