### DECLARATION OF PLAINTIFF ALENA KRILEY IN SUPPORT OF SUMMARY JUDGMENT MOTION

I, Alena Kriley, Plaintiff, state and aver, under penalty of perjury as follows:

1. I am the Plaintiff in this cause of action. The factual allegations in the Complaint in this action are true and correct.

2. I came into US in March 2014. I have maintained my residency in the US since accuiring it in 2016.

3. I have never applied for U.S. citizenship.

4. I have neither worked nor can receive credit for 40 quarters of work under the Social Security Act.

5. I have not both lost status as a permanent resident and departed from the U.S.

6. I have never been in removal proceedings.

7. I am still alive.

8. I have not received any taxable income from the date of separation, September 29, 2020, to the present. Plaintiff received public benefits in the form of Township General Assistance $500.00 monthly from March of 2022 through February of 2023 and $600.00 monthly from March 2023 to the present.

9. I have not received any support from Defendant Paul Kriley from the date of separation, September 29, 2020 to the present.

10. I received public benefits in the form of Township General Assistance $500.00 monthly from March of 2022 through February of 2023 and $600.00 monthly from March 2023 to the present. Plaintiff also received public benefits in the form of food stamps starting from October 05,2022 - October 31, 2022 - $243.00; November 01, 2022 – September 30, 2023 - $281.00 monthly. There was temporary increase in the amount of food stamps during Covid-19. I do not recall the exact amount of that temporary increase.

Date: September 27, 2023

Signature: *Alena Kriley*

Address:
72 Pine ave, #3C
Riverside, Il 60546