FILED DATE: 10/30/2023 2:56 PM   2020D007036

10/30/2023 2:56 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020D007036
Calendar, 97
25000043

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Appellate Courts.

| Instructions ▼ | ☐ THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a). |
|---|---|
| Check the box to the right if your case involves parental responsibility or parenting time (custody/visitation rights) or relocation of a child. | **APPEAL TO THE APPELLATE COURT OF ILLINOIS**<br>FIRST ☒ District<br>from the Circuit Court of<br>Cook ☒ County |

| Just below "Appeal to the Appellate Court of Illinois," enter the number of the appellate district that will hear the appeal and the county of the trial court. | In re  Marriage of Kriley |
|---|---|

Paul Kriley
**Plaintiffs/Petitioners** *(First, middle, last names)*
☐ Appellants   ☑ Appellees

v.

Alena Kriley
**Defendants/Respondents** *(First, middle, last names)*
☑ Appellants   ☐ Appellees

**Trial Court Case No.:**
2020D7036 & 2020OP20476

**Honorable**
Maritza Martinez
**Judge, Presiding**

**Supreme Court Rule:**
307

## NOTICE OF APPEAL (CIVIL)

| In 1, check the type of appeal. For more information on choosing a type of appeal, see *How to File a Notice of Appeal*. | 1. **Type of Appeal:**<br>☐ Appeal<br>☑ Interlocutory Appeal<br>☐ Joining Prior Appeal<br>☐ Separate Appeal<br>☐ Cross Appeal |
|---|---|
| In 2, list the name of each person filing the appeal and check the proper box for each person. | 2. **Name of Each Person Appealing:**<br>Name:  Alena _____ Kriley<br>        *First*    *Middle*    *Last*<br>☐ Plaintiff-Appellant   ☐ Petitioner-Appellant<br>OR<br>☐ Defendant-Appellant   ☑ Respondent-Appellant |

FILED DATE: 10/30/2023 2:56 PM   2020D007036

Name: _____
          First                Middle              Last

☐ Plaintiff-Appellant        ☐ Petitioner-Appellant
OR
☐ Defendant-Appellant        ☐ Respondent-Appellant

> In 3, identify every order or judgment you want to appeal by listing the date the trial court entered it.

3. **List the date of every order or judgment you want to appeal:**

   11/09/2020, 11/20/2020, 11/23/2020, 12/07/2020, 02/02/2021, 02/22/2021
   Date

   03/10/2021, 04/13/2021, 05/04/2021, 05/25/2021, 06/21/2021
   Date

   06/27/2021, 08/17/2021, 09/07/2021, 11/05/2021, 01/11/2022, 02/01/2022
   Date

   03/09/2022, 05/05/2022, 08/01/2022, 12/01/2022, 03/13/2023,
   05/05/2023, 08/10/2023, 10/17/2023

> In 4, state what you want the appellate court to do. You may check as many boxes as apply.

4. **State your relief:**

   ☑ reverse the trial court's judgment *(change the judgment in favor of the other party into a judgment in your favor)* and ☐ send the case back to the trial court for any hearings that are still required;

   ☑ vacate the trial court's judgment *(erase the judgment in favor of the other party)* and ☐ send the case back to the trial court for a new hearing and a new judgment;

   ☐ change the trial court's judgment to say: _____
   _____
   _____

   ☐ order the trial court to: _____
   _____
   _____

   ☐ other: _____
   _____

   and grant any other relief that the court finds appropriate.

> If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name. Fill in your address, telephone number, and email address, if you have one.

/s/Rebecca A. Day
*Your Signature*

Rebecca A. Day
*Your Name*

rebecca@rdklegal.com
*Email*

1165 N. Clark St., Ste. 700
*Street Address*

Chicago, IL 60610
*City, State, ZIP*

(773) 334-6311            6338870
*Telephone*               *Attorney # (if any)*

**Additional Appellant Signature**

> All appellants must sign this form. Have each additional appellant sign the form here and enter their complete name, address, telephone number, and email address, if they have one.

/s/
*Signature*

_____
*Name*

_____
*Email*

_____
*Street Address*

_____
*City, State, ZIP*

_____       _____
*Telephone*                     *Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**PROOF OF SERVICE** *(You must serve the other party and complete this section)*

| | |
|---|---|
| In 1a, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document. | |
| In 1b, check the box to show how you sent the document, and fill in any other information required on the blank lines. | |
| In 1b, check the box to show how you are sending the document. **CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options. | |
| In c, fill in the date and time that you sent the document. | |
| In 2, if you sent the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise leave 2 blank. | |

FILED DATE: 10/30/2023 2:56 PM    2020D007036

1. I sent this document:
   a. To:
      Name: Ms. Elizabeth _____ Vogel
              First      Middle      Last
      Address: _____
               Street, Apt #   City   State   ZIP
      Email address: vogel@taradashgiven.com

   b. By:
      ☐ An approved electronic filing service provider (EFSP)
      ☑ Email *(not through an EFSP)*
      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*
      ☐ Personal hand delivery to:
         ☐ The party
         ☐ The party's family member who is 13 or older, at the party's residence
         ☐ The party's lawyer
         ☐ The party's lawyer's office
      ☐ Mail or third-party carrier

   c. On: 10/30/2023
          Date
       At: 3:00    ☐ a.m.  ☑ p.m.
           Time

2. I sent this document:
   a. To:
      Name: Mr. Michael _____ Lodermeier
              First      Middle      Last
      Address: _____
               Street, Apt #   City   State   ZIP
      Email address: michael@mllfamilylaw.com

   b. By:
      ☐ An approved electronic filing service provider (EFSP)
      ☑ Email *(not through an EFSP)*
      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*
      ☐ Personal hand delivery to:
         ☐ The party
         ☐ The party's family member who is 13 or older, at the party's residence
         ☐ The party's lawyer
         ☐ The party's lawyer's office
      ☐ Mail or third-party carrier

   c. On: 10/30/2023
          Date
       At: 3:00    ☐ a.m.  ☑ p.m.
           Time

FILED DATE: 10/30/2023 2:56 PM   2020D007036

| In 3, if you sent the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise leave 2 blank. |
|---|

3. I sent this document:
   a. To:
      Name: Mr. Paul _____ Goodman
              First    Middle    Last
      Address: _____
               Street, Apt #   City   State   ZIP
      Email address: lopg32@comcast.net

   b. By:
      ☐ An approved electronic filing service provider (EFSP)
      ☑ Email *(not through an EFSP)*
      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*
      ☐ Personal hand delivery to:
         ☐ The party
         ☐ The party's family member who is 13 or older, at the party's residence
         ☐ The party's lawyer
         ☐ The party's lawyer's office
      ☐ Mail or third-party carrier

   c. On: _____
           Date
      At: _____ ☐ a.m. ☐ p.m.
           Time

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |
|---|
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name. |

**I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ Rebecca A. Day
*Your Signature*

Rebecca A. Day                           45647
*Print Your Name*                        *Attorney # (if any)*