UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| ALENA KRILEY, | ) | CASE NO. 22 CV 04832 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ASSIGNED JUDGE: Martha M. Pacold |
| | ) | MAGISTRATE JUDGE: Jeffrey Cole |
| PAUL KRILEY, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT OF AVAILABLE TRIAL DATES AND LENGTH OF TRIAL

The parties agree they are available any open dates for trial beginning September, 2025 and continuing through the end of October, 2025, as the Court shall set.

The parties anticipate the bench trial not to exceed two days of trial.

Respectfully submitted,

/s/ Scott Ferrill
Attorney for Plaintiff

/s/ Jason G. Shore
Attorney for Plaintiff