UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

|  |  |
|---|---|
| ALENA KRILEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL KRILEY,<br><br>　　　　Defendant. | ) Case No.: 22 C 4832<br>)<br>)<br>) DEFENDANT'S MEMORANDUM IN<br>) SUPPORT OF JURY TRIAL<br>)<br>)<br>)<br>) ASSIGNED JUDGE: Martha M. Pacold<br>) MAGISTRATE JUDGE: Jeffrey Cole |

### **DEFENDANT'S MEMORANDUM IN SUPPORT OF JURY TRIAL**

Pursuant to the Minute Entry of October 25, 2024, Defendant, Paul Kriley, by and through his attorneys, Stern Perkoski Mendez, LLC, files this Memorandum of in Support of Jury Trial:

Plaintiff, Alena Kriley, has filed for a breach of contract claim in relation to an alleged violation of the I-864 Affidavit of Support against Paul Kriley. "The Supreme Court has established a two-part test to determine whether a claim is one in which a jury trial is afforded. First, the court must determine whether the action would historically have been brought in a court of law or a court of equity." *Granfinanciera, S.A. v. Nordberg,* 492 U.S. 33, 42, 109 S.Ct. 2782, 106 L.Ed.2d 26 (1989). "Second, and more importantly, we must examine the remedy sought and determine whether it is legal or equitable in nature." *Id.* "Historically, breach of contract claims are claims at law . . .". *Continental Cas. Co. v. Commonwealth Edison Co.,* 286 Ill.App.3d 572, 579, 221 Ill.Dec. 807, 676 N.E.2d 328 (1997). ". . . the nature of the remedy trumps historical labels . . .". *In re CDX Liquidating Trust,* 2005 WL 3953895, 2005 U.S. Dist. LEXIS 16704, quoting *Granfinanciera,* 492 U.S. at 42, 109 S.Ct. 2782.

In this matter, Plaintiff is seeking monetary damages against Defendant for his alleged breach of contract. As this is a matter of law both historically and in the remedy sought, Defendant should be entitled to a trial by a jury of his peers.

Regarding the date of this trial, Defendant is requesting this be set for trial sometime between September and November of 2025 due to scheduling and to ensure access to discovery in the pending dissolution of marriage proceedings, in Cook County, Illinois.

**WHEREFORE** the Defendant asks this Court to set this matter for a jury trial.

Respectfully Submitted,

PAUL KRILEY

DATED: __November 14,___ 2024


_____/s/_____
Jason G. Shore, Esquire of STERN PERKOSKI MENDEZ

STERN PERKOSKI MENDEZ
Jason G. Shore
Attorney for Paul Kriley
1200 Jorie Blvd
Suite 312
Oakbrook, IL, 60523
Email: Jshore@sternperkoski.com
Attorney Bar Number: 6304001