# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Alena Kriley
                     Plaintiff,

v.                                                 Case No.: 1:22−cv−04832
                                                     Honorable Martha M. Pacold

Paul Kriley
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 12/12/2024. Plaintiff's petition for rule to show cause [77] is voluntarily withdrawn. Plaintiff's oral motion to refile the summary judgment motion is granted. Plaintiff's motion or summary judgment is due by 1/9/2025. Defendant's response is due by 1/30/2025. Plaintiff's reply is due by 2/13/2025. The parties are directed to review carefully Local Rules 7.1 and 56.1. Local Rule 56.1 is intended "to aid the district court, 'which does not have the advantage of the parties' familiarity with the record and often cannot afford to spend the time combing the record to locate the relevant information,' in determining whether a trial is necessary." Delapaz v. Richardson, 634 F.3d 895, 899 (7th Cir. 2011). Summary judgment filings that do not comply with the local rules (e.g., overlength briefs without prior leave of court, multiple statements of fact per paragraph in the Local Rule 56.1 statements of fact, arguments rather than facts in the Local Rule 56.1 statements of fact, statements of fact that lack specific citations to the record) may be struck or disregarded as appropriate. Bounds v. Country Club Hills Sch. Dist. 160, 20−cv−3283, 2022 WL 1487332, at *1 (N.D. Ill. May 11, 2022) ("The Court's standard practice for motions for summary judgment is to require adherence to the pertinent Local Rules and to disregard statements of fact or any portions thereof that do not comply."). A bench trial is set for 4/7/2025 – 4/8/2025. Court will be in session from 8:00 am–10:00 am, 10:30 am–12:30 pm, and 1:30–3:00 pm each day, for a total of 6 hours of court time per day and 12 hours of court time across both days. Each side is allocated a total of 6 hours, which it may use as it sees fit (e.g., opening arguments, direct examinations, cross examinations, closing arguments). (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.