UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

ALENA KRILEY,                ) Case No.: 22 C 4832
                             )
    Plaintiff,                ) DEFENDANT'S WAIVER REQUEST OF
                             ) TRIAL BAR ADMISSION
    vs.                      )
                             )
PAUL KRILEY,                 )
                             ) ASSIGNED JUDGE: Martha M. Pacold
    Defendant.                ) MAGISTRATE JUDGE: Jeffrey Cole

## DEFENDANT'S WAIVER REQUEST OF TRIAL BAR ADMISSION

The Defendant, Paul Kriley, hereby requests that this Honorable Court waive the requirement for his counsel, Jason G. Shore, of Stern Mendez, LLC, to have a trial bar admission to represent him at his trial set on this matter currently scheduled for April 7 and April 8, 2025. The Defendant is seeking this waiver for this specific proceeding as trial is currently set and his counsel has been diligently representing him since the onset of his case. It would be prejudicial to the Defendant to require him to find new counsel at this juncture of the case.

**WHEREFORE** the Defendant asks this Court to waive the requirement for Jason G. Shore to have a trial bar admission to represent him at his trial set in this matter.

Respectfully Submitted,

PAUL KRILEY

_____

DATED: 3/17, 2025

_____/s/_____
Jason G. Shore, Esquire of STERN MENDEZ, LLC