UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALENA KRILEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL KRILEY<br><br>　　　　Defendant. | Case No.: 1:22-cv-04832<br><br>**PLAINTIFF'S MOTION FOR PAYMENT OF SUMMARY JUDGMENT AND TRIAL TRANSCRIPT**<br>**JUDGE: HON. MARTHA M. PACOLD**<br>**MAGISTRATE: JEFFREY COLE** |

### <u>PLAINTIFF'S MOTION FOR PAYMENT OF SUMMARY JUDGMENT AND TRIAL TRANSCRIPT</u>

　　Pursuant to 28 U.S. Code § 1915 - Proceedings in forma pauperis, Plaintiff, seeks payment of the summary judgment and trial transcript to the court reporter and states:

　　1. Plaintiff was previously approved to file this cause of action without costs as in forma pauperis [7].

　　2. Plaintiff's financial position and ability to pay costs, including court reporter transcript fees, is unchanged from the previous date of her application and approval as in forma pauperis.

　　3. That previously the Court extensively orally ruled on Plaintiff's Motion for Summary Judgment [86] and such transcript is essential for proceeding to trial which is scheduled for April 7, 2025 and April 8, 2025.

　　4. That a two-day trial has been scheduled for this cause and a daily or more frequent transcript is requested to be approved by this Court under the same circumstances and reasons as cited above.

　　5. That if plaintiff is successful in the cause, attorney fees and costs can be awarded to Plaintiff and any transcript cost disbursed can be recovered with a judgment for such costs awarded to the United States.

　　WHEREFORE, Plaintiff, by her attorney Scott T. Ferrill, requests this Honorable Court to approve payment to the court reporter for the transcript of the aforementioned summary judgment

ruling and for daily or more frequent trial transcripts, all on an expedited basis, and for such other and further relief as this Court deems just and equitable.

                                        ALENA KRILEY

                            BY:  <u>Scott T. Ferrill, her attorney</u>
                                 Scott T. Ferrill, Attorney

Scott T. Ferrill
Attorney for Plaintiff
801 N. Cass Ave., Suite 200
Westmont, IL 60559
(708) 369-1958
<u>chicagolaw@gmail.com</u>