UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| ALENA KRILEY, | ) | CASE NO. 22 CV 04832 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ASSIGNED JUDGE: Martha M. Pacold |
| | ) | JOINT STATUS REPORT REGARDING |
| PAUL KRILEY, | ) | POST-TRIAL MOTION AND BREIFING |
| | ) | SCHEDULE |
| Defendant. | ) | |

## JOINT STATUS REPORT REGARDING POST-TRIAL MOTION AND BREIFING SCHEDULE

Plaintiff has filed a post-trial motion seeking a new trial and new findings. The parties have not settled this cause or come to any agreement concerning said post-trial motion but have agreed to a briefing schedule as follows:

Defendant shall have 28 days to respond, and Plaintiff shall have 21 days thereafter to reply to Plaintiff's post-trial motion.

Respectfully submitted,

/s/ Scott Ferrill
Attorney for Plaintiff

/s/ Jason G. Shore
Attorney for Plaintiff